IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUIS LA-CASSE,

       Appellant,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1095

Opinion filed November 13, 2014

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Luis La-Casse, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Samuel Steinberg and Jay Kubica, Assistant Attorneys General; and Jennifer Parker, General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.